AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| Janine Senanayake,<br>*Plaintiff*<br>v.<br>Delaware County Board of Commissioners, et al.,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Civil Action No.  2:15-CV-65 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other: _____ .

This action was *(check one)*:

X tried by a jury with Judge   James L. Graham   presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date:   Sep 20, 2017

CLERK OF COURT

s/Denise M. Shane

*Signature of Clerk or Deputy Clerk*